UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 2:24-cv-09920 JLS (ADS)                    Date:  February 26, 2025

Title:  *Lori Pettinger v. Commissioner of Social Security*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**       **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On November 17, 2024, Plaintiff Lori Pettinger filed a social security complaint pursuant to 42 U.S.C. § 405(g).  (Dkt. No. 1.)  On November 20, 2024, the Court issued the Standing Order for this case.  (Dkt. No. 5.)  The Standing Order states that "[t]he Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) shall govern this action."  (Id. at 1.)  Rule 6 of the Supplemental Rules states that "[t]he plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed or 30 days after entry of an order disposing of the last remaining motion filed under Rule 4(c), whichever is later."  On January 21, 2025, Defendant filed the Answer, which made Plaintiff's brief due February 20, 2025.  (Dkt. No. 7.)  As of the date of this Order, Plaintiff has not filed a brief for the requested relief.

If Plaintiff wishes to proceed with this lawsuit, she must either: (1) file and serve a brief as required by Rule 6; or (2) show cause why she is unable to do so by no later than **March 5, 2025**.

**Plaintiff is expressly warned that her failure to timely respond to this Order as directed above will result in a recommendation to the District Judge that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh