# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LORI PETTINGER, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, | Case No. 2:24-cv-09920-JLS-ADS <br><br> **JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: 07/07/2025

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
U.S. MAGISTRATE JUDGE

-1-